IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER T. THOMAS,** | : | CIVIL ACTION NO. 1:20-CV-2454 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THOMAS S. MCGINLEY,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 30th day of September, 2021, upon consideration of the motion (Doc. 14) to dismiss by defendants, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 14) to dismiss is granted.

2. The complaint (Doc. 1) is DISMISSED with prejudice.

3. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania